# United States Court of Appeals
## For the First Circuit

No. 24-1119

G.P.,

Petitioner, Appellant,

v.

MERRICK B. GARLAND, U.S. Attorney General; TODD LYONS, Field
Office Director, Enforcement and Removal Operations, U.S.
Immigration and Customs Enforcement; CHRISTOPHER BRACKETT,
Superintendent, Strafford County Department of Corrections,

Respondents, Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on June 11, 2024, is amended
as follows:

On page 4, line 1, replace "sizeable" with "sizable"

On page 16, n.5, line 2, replace "requirement to" with
"requirement for"